COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TWO WORLDS-APOLLO RESIDENTS ASSOCIATION, | § | No. 08-09-00026-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 1 |
| | § | |
| JEANETTE A. OSHITOYE, | § | of Dallas County, Texas |
| | § | |
| Appellee. | § | (TC#08-03047-A) |
| | § | |

**MEMORANDUM OPINION**

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant fails to file a brief within the time proscribed and provides no reasonable explanation for such failure. TEX.R.APP.P. 38.8.(a)(1). By letter dated May 21, 2009, the clerk of this Court informed Appellant of the Court's intent to dismiss this appeal for want of prosecution due to Appellant's failure to file a brief or request an extension of time to do so. The Court advised Appellant that the appeal would be dismissed without further notice unless Appellant responded within ten days and provided a reason why the appeal should be continued. *See* TEX.R.APP.P. 38.8. Appellant has not responded to the clerk's notice. Therefore, pursuant to TEX. R. APP. P. 38.8(a)(1), we dismiss the appeal for want of prosecution.

GUADALUPE RIVERA, Justice

June 17, 2009

Before Chew, C.J., McClure, and Rivera, JJ.